AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | |
|---|---|
| DIYONNE MCGRAW | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:21-cv-00163-AW-GRJ |
| KHANH-LIEN ROBERTS BANKO, SELDON J. | ) |
| CHILDERS, CHILDERS LAW LLC, RON DESANTI! | ) |
| his individual capacity and official capacity as Gove | ) |
| of Florida | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Khanh-Lien Roberts Banko
601 NW 23RD ST
GAINESVILLE, FL 32607-2618
or
27 RIVER LANDING DR
PALM COAST, FL 32137-1531

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard Keith Alan II, Esq.
Trial and Appellate Counsel
777 S. Flagler Drive
Suite 800 - West Tower
West Palm Beach, FL 33401
(P) 800.832.3470
(F) 561.771.0520
Primary Email: attyrkaii@timefortrial.com
Secondary Email: blackops777@timefortrial.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS,

*CLERK OF COURT*

Date: _____ 10/13/2021 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00163-AW-GRJ        *Khanh-Lien Roberts Banko*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____          _____

_____

*Server's signature*

_____

*Printed name and title*


_____

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | |
|---|---|
| DIYONNE MCGRAW | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| KHANH-LIEN ROBERTS BANKO, SELDON J. | ) |
| CHILDERS, CHILDERS LAW LLC, RON DESANTIS | ) |
| in his individual capacity and official capacity as | ) |
| Governor of Florida | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:21-cv-00163-AW-GRJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Seldon J. Childers
12124 NW 1ST LN
GAINESVILLE, FL 32607-1123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard Keith Alan II, Esq.
Trial and Appellate Counsel
777 S. Flagler Drive
Suite 800 - West Tower
West Palm Beach, FL 33401
(P) 800.832.3470
(F) 561.771.0520
Primary Email: attyrkaii@timefortrial.com
Secondary Email: blackops777@timefortrial.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS,

*CLERK OF COURT*

Date: _____10/13/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00163-AW-GRJ      Sheldon J Childers

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*

                                     _____
                                              *Printed name and title*


                                     _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| DIYONNE MCGRAW | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| KHANH-LIEN ROBERTS BANKO, SELDON J. | ) |
| CHILDERS, CHILDERS LAW LLC, RON DESANTIS | ) |
| in his individual capacity and official capacity as | ) |
| Governor of Florida | ) |
| _Defendant(s)_ | ) |

Civil Action No. 1:21-cv-00163-AW-GRJ

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ CHILDERS LAW LLC
c/o Seldon J. Childers
2135 NW 40th Ter Ste B
Gainesville, FL 32605-5802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard Keith Alan II, Esq.
Trial and Appellate Counsel
777 S. Flagler Drive
Suite 800 - West Tower
West Palm Beach, FL 33401
(P) 800.832.3470
(F) 561.771.0520
Primary Email: attyrkaii@timefortrial.com
Secondary Email: blackops777@timefortrial.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS,

_CLERK OF COURT_

Date: _____10/13/2021_____                         _Ke Malu, Deputy Clerk_
                                                  _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00163-AW-GRJ    Childers Law LLC 

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                     _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

DIYONNE MCGRAW )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-00163-AW-GRJ
KHANH-LIEN ROBERTS BANKO, SELDON J. )
CHILDERS, CHILDERS LAW LLC, RON DESANTIS )
his individual capacity and official capacity as Gove )
of Florida )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Honorable Ron DeSantis
Office of Governor Ron DeSantis
State of Florida
The Capitol
400 S. Monroe St.
Tallahassee, FL 32399-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard Keith Alan II, Esq.
Trial and Appellate Counsel
777 S. Flagler Drive
Suite 800 - West Tower
West Palm Beach, FL 33401
(P) 800.832.3470
(F) 561.771.0520
Primary Email: attyrkaii@timefortrial.com
Secondary Email: blackops777@timefortrial.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS,

*CLERK OF COURT*

Date: 10/13/2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00163-AW-GRJ   Honorable Ron DeSantis 

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                 *Server's signature*

                                 _____
                                 *Printed name and title*

                                 _____
                                 *Server's address*

Additional information regarding attempted service, etc: