UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIYONNE L MCGRAW

    Plaintiff,

v.   Case No. 1:21-cv-00163-AW-GRJ

RON DESANTIS, individually and   Hon. Allan C. Winsor
in his official capacity as Governor of
Florida; SELDON J CHILDERS,
CHILDERS LAW LLC, a Florida
limited liability company, and
KHANH-LIEN ROBERTS BANKO

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas J.P. Meros and Mark A. Buckles hereby appear as counsel for GOVERNOR RON DESANTIS, individually and in his official capacity as Governor of the State of Florida, in the above-captioned case. Please serve copies of all filings, orders, and other correspondence at the addresses listed below:

    Primary E-mail address:    nicholas.meros@eog.myflorida.com

    Primary E-mail address:    mark.buckles@laspbs.state.fl.us

    Secondary E-mail address:    Gov.legal@eog.myflorida.com

Dated: December 27, 2021        Respectfully submitted,

                                           **RON DESANTIS**
                                           **GOVERNOR**

                                           /s/ *Nicholas J.P. Meros*
                                           NICHOLAS J.P. MEROS (FBN 0120270)
                                           *Deputy General Counsel*
                                           MARK A. BUCKLES (FBN 498971)
                                           *Attorney to the Governor*
                                           EXECUTIVE OFFICE OF THE GOVERNOR
                                           The Capitol, PL-5
                                           400 S. Monroe Street
                                           Tallahassee, FL 32399
                                           Phone: (850) 717-9310
                                           Facsimile: (850) 488-9810
                                           nicholas.meros@eog.myflorida.com
                                           mark.buckles@laspbs.state.fl.us
                                           Gov.legal@eog.myflorida.com

                                           *Counsel for Governor Ron DeSantis*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on this 27th day of December, 2021.

                                           /s/ *Nicholas J.P. Meros*
                                           NICHOLAS J.P. MEROS
                                           Deputy General Counsel