UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO.: 1:21-cv-00163-AW-GRJ

DIYONNE MCGRAW,

    Plaintiff,

v.

KHANH-LIEN ROBERTS BANKO,
SELDON J. CHILDERS, CHILDERS
LAW, LLC and RON DESANTIS,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendants, SELDON J. CHILDERS and CHILDERS LAW, LLC (hereinafter "Defendants") by and through its undersigned counsel, and pursuant to the Federal Rule of Civil Procedure 6 and Local Rules 6.1 and 7.1 hereby files this their Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint and in support thereof states as follows:

1. The response to the pending Complaint of the Plaintiff on behalf of Seldon J. Childers and Childers Law, LLC (Childers Defendants) is currently due on January 6, 2022.

2. Undersigned counsel, Joseph T. Kissane, was only recently engaged in this matter. Counsel's engagement came during the holidays.

CASE NO.:  1:21-cv-00163-AW-GRJ

3. During that time, undersigned counsel has been dealing with several family members, including his wife who became ill with Covid. Undersigned counsel also subsequently became ill from a booster shot.

4. Because of the intervening holidays and the foregoing issues, undersigned counsel requests an additional fourteen (14) days within which to respond to the outstanding Complaint in this matter on behalf of the Childers Defendants.

5. **LOCAL RULE 7.1 (B) CERTIFICATION** -Undersigned counsel is able to certify that he has spoken personally with Richard Keith Alan, II, counsel for the Plaintiff, and that he has no objection to the granting of this Motion for Extension of Time.

WHEREFORE, Defendants, SELDON J. CHILDERS AND CHILDERS LAW, LLC, respectfully requests that this Court enter an Order granting their Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2022, a true and correct copy of the foregoing was filed with the Clerk of U.S. District Court which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system:  .

CASE NO.: 1:21-cv-00163-AW-GRJ

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant SELDON J. CHILDERS, CHILDERS LAW, LLC*
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone (904) 672-4031
Facsimile (904) 672-4050
Primary e-mail: joseph.kissane@csklegal.com
Secondary e-mail: azaly.pelegrin@csklegal.com

By:   s/ Joseph T. Kissane
      JOSEPH T. KISSANE
      Florida Bar No.: 512966

0348.0046-00