UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIYONNE MCGRAW,

    Plaintiff,

v.

KHANH-LIEN ROBERTS BANKO, SELDON J. CHILDERS, CHILDERS LAW, LLC and RON DESANTIS,

    Defendants.
_____/

CASE NO.: 1:21-cv-00163-AW-GRJ

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendants, SELDON J. CHILDERS and CHILDERS LAW, LLC (hereinafter "Defendants") by and through its undersigned counsel, and pursuant to the Federal Rule of Civil Procedure 6 and Local Rules 6.1 and 7.1 hereby files this their Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint and in support thereof states as follows:

CASE NO.: 1:21-cv-00163-AW-GRJ

1. The response to the pending Complaint of the Plaintiff on behalf of Seldon J. Childers and Childers Law, LLC (Childers Defendants) is currently due on January 20, 2022.

2. Undersigned counsel, Joseph T. Kissane, started a trial in the Circuit Court of the Seventh Judicial Circuit in Putnam County on Tuesday January 18, 2022, Case No.: 2018-228-CA.

3. As undersigned counsel was called to trial this week and in light of the time needed to prepare for trial, undersigned counsel requests an additional seven (7) days, through and including January 27, 2022 within which to respond to the outstanding Complaint in this matter on behalf of the Childers Defendants.

4. **LOCAL RULE 7.1 (B) CERTIFICATION** - Undersigned counsel hereby certifies that he has spoken personally with Richard Keith Alan, II, counsel for the Plaintiff, and that he has no objection to the granting of this Motion for Extension of Time.

WHEREFORE, Defendants, SELDON J. CHILDERS AND CHILDERS LAW, LLC, respectfully requests that this Court enter an Order granting their Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

CASE NO.: 1:21-cv-00163-AW-GRJ

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2022, a true and correct copy of the foregoing was filed with the Clerk of U.S. District Court which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system: .

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant SELDON J. CHILDERS, CHILDERS LAW, LLC*
        Cole, Scott & Kissane Building
        4686 Sunbeam Road
        Jacksonville, Florida 32257
        Telephone (904) 672-4031
        Facsimile (904) 672-4050
        joseph.kissane@csklegal.com
        azaly.pelegrin@csklegal.com

By:  s/ Joseph T. Kissane
      JOSEPH T. KISSANE
      Florida Bar No.: 512966

0348.0046-00